IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY ALLEN, | : | CIVIL ACTION NO. 1:14-CV-0407 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| JOHN WETZEL, ET AL., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 18th day of April, 2014, upon consideration of plaintiff's complaint (Doc. 1) it is hereby ORDERED that:

1. The motions to proceed in forma pauperis (Docs. 5, 7) are construed as motions to proceed without full prepayment of fees and costs and are GRANTED.

2. The Clerk of Court is directed to FORWARD to plaintiff a copy of his complaint (Doc. 1) per his request. (Doc. 9.)

3. Plaintiff shall FILE an amended complaint on or before May 9, 2014.

4. The amended complaint shall contain the same case number that is already assigned to this action, 1:14-CV-0407, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e).

5. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of Court and will result in dismissal of the complaint. See FED. R. CIV. P. 20.

6. Failure to file an amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of court.

/S/CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania